Case: 3:07-cr-00092-bbc   Document #: 7   Filed: 09/06/2007   Page 1 of 1

Document Number 008
Case Number 07-CR-0092-S
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
09/06/2007 10:27:47 AM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

                                ORDER

   v.                             07-CR-092-S-01

RYAN D. EBERDT,

        Defendant.
_____

   The undersigned recuses himself in the above entitled matter.

   Entered this 6th day of September, 2007.

                              /s/

                    _____
                    JOHN C. SHABAZ
                    District Judge